# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE - REMOVAL

|  |  |
|---|---|
| United States of America, | **COURT MINUTES - CRIMINAL** |
|  | BEFORE: BECKY R. THORSON |
| Plaintiff, | U.S. MAGISTRATE JUDGE |
| v. |  |
|  | Case No: 19-mj-426 BRT |
| Dante Fred Modaffari, | Date: July 3, 2019 |
|  | Courthouse: St. Paul |
|  | Courtroom: 6A |
| Defendant. | Time Commenced: 2:32 p.m. |
|  | Time Concluded: 2:37 p.m. |
|  | Time in Court: 5 minutes |

APPEARANCES:

    Plaintiff: Thomas Calhoun-Lopez, Assistant U.S. Attorney
    Defendant: Lisa Lopez, Assistant Federal Public Defender
        X FPD        X To be appointed

    X Advised of Rights

on  Violation of  X Supervised Release
X Date charges or violation filed: June 20, 2019
X Current Offense: Bank Robbery
X **Charges from other District:** District of Alaska
X Title and Code of underlying offense from other District: 18 USC 2113 (a)
X Case no: 3:11-cr-71 TMB

X Defendant detained- Govt to submit proposed order.

X  Detention hearing reserved
X  Removal hearing waived
X  Removal Order to be issued
X  Commitment Order to another district to be issued

Additional Information:

                                                          s/ Sarah Erickson
                                               Signature of Courtroom Deputy